## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wanda Johnson | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 23-13356 PMM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                      Respectfully submitted,

                              /s/ *Michael Farrington*
                              Michael Farrington
                              16 Nov 2023, 14:03:39, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322